

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00207-CV

Antonio **JIMENEZ** and Mary Louise Jimenez,
Appellants

v.

Carlos **GONGORA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02692
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Appellants' third motion for extension of time to file their brief is granted. We order appellants to file, by November 30, 2016, either (1) a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1 or (2) the appellant's brief. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court